B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Colorado

In re **Lorne Wess Sodic / Leonarda Sodic** Debtor(s)

Case No.
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. 1

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| **Household Finance Corporation** | **214 2nd Street** |
| | **Roggen, Colorado 80652** |
| | **Primary Residence** |
| | |
| | **L25 & L26 Blk 1 1st Addition to Roggen, Weld County, Colorado.** |
| | **2005 Modular Single Family Residence of 1,792 square feet.** |
| | **Valuation based on Weld County Assessor Propert** |

Property will be (check one):
☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain **Retain and Pay** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt     ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                  Page 2

**Property No. 2**

| **Creditor's Name:**<br>**Public Service Credit Union** | **Describe Property Securing Debt:**<br>**2006 Mazda 6- V6 Hatchback**<br>**Mileage: 130,000**<br><br>**Debtors are not in possession of this vehicle as Co-debtor Castillo Moreno makes all installment, insurance, operational and maintenance payments.  Castillo Moreno is the equitable owner of t** |
|---|---|

Property will be (check one):
    ■ Surrendered                                            ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                             ☐ Not claimed as exempt

B8 (Form 8) (12/08)      Page 3

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Home Mortgage** | **Describe Property Securing Debt:**<br>**214 2nd Street**<br>**Roggen, Colorado 80652**<br>**Primary Residence**<br><br>**L25 & L26 Blk 1 1st Addition to Roggen, Weld County, Colorado.**<br>**2005 Modular Single Family Residence of 1,792 square feet.**<br>**Valuation based on Weld County Assessor Propert** |

Property will be (check one):
   ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other. Explain **Retain and Pay** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt        ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**AT & T Mobility** | **Describe Leased Property:**<br>**Cell Phone Contract Expiring in 2013.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>  ■ YES      ☐ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>**Progressive Finance** | **Describe Leased Property:**<br>**Furniture Lease Agreement with Ownership Option, executed on 4-9-2011. Contract is for 26 Bi-Weekly payments of $121.54 for a total cost of $3,200.94.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>  ■ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **November 18, 2011**      Signature    **/s/ Lorne Wess Sodic**
                                                        **Lorne Wess Sodic**
                                                        Debtor

Date **November 18, 2011**      Signature    **/s/ Leonarda Sodic**
                                                        **Leonarda Sodic**
                                                        Joint Debtor